Harold E. PHILHOWER, Defendant
Below-Appellant,

v.

STATE of Delaware, Plaintiff
Below-Appellee.

No. 283, 2016

Supreme Court of Delaware.

Submitted: September 7, 2016
Decided: October 28, 2016

Court Below: Superior Court of the State of Delaware, Cr. ID 1410003902

GRANTED. AFFIRMED.